JS-6

1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8       Social Security Administration
        160 Spear Street, Suite 800
9       San Francisco, CA 94105
10      Telephone: (510) 970-4861
        Facsimile: (415) 744-0134
11      Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA
15                       WESTERN DIVISION

16 | DIANE D'ANGELO,              )
17 |         Plaintiff,            ) Case No.: 2:21-cv-08379-JEM
18 |                               )
   |    vs.                        ) **JUDGMENT**
19 |                               )
20 | KILOLO KIJAKAZI,              )
21 | Acting Commissioner of Social )
   | Security,                     )
22 |         Defendant.            )
23 |                               )

-1-

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |

DATED: 3/18/2022    _John E. McDermott_
HONORABLE JUDGE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE