Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626)795-0681
Facsimile: (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIANE D'ANGELO, ) | Case No.: 2:21-cv-08379-JEM |
| Plaintiff, ) | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs:

**IT IS ORDERED** that the Commissioner shall pay Plaintiff for attorney fees in the amount of $6,000.00 (Six Thousand Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

Date: 4/19/22

_____
HON. JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-